# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kobayashi, Leslie E. | 2. Court or Organization<br><br>USDC, District of Hawaii | 3. Date of Report<br><br>1/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Ala Moana Blvd. Rm. C-353<br>Honolulu, Hawaii 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | State of Hawaii, Judiciary - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City Bank | Line of Credit | J |
| 2. | First Hawaiian Bank | Line of Credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Rollover | C | Int./Div. | J | T | | | | | |
| 2. - Morgan Stanley Bank | | | | | | | | | |
| 3. - MS Liquid Asset Fund | | | | | | | | | |
| 4. - AIM Developing Markets A | | | | | Buy | 05/13/10 | J | | |
| 5. - Allianz NFJ SM-CAP Value A | | | | | Buy | 01/08/10 | J | | |
| 6. | | | | | Sold (part) | 10/12/10 | J | | |
| 7. - Amer Cent Intl Grw Adv | | | | | Buy | 01/08/10 | K | | |
| 8. - American EuroPacafic Grw F | | | | | Buy | 11/16/10 | J | | |
| 9. - Amercian GR FD of America F1 | | | | | Buy | 11/09/10 | J | | |
| 10. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | | | | | Buy (add'l) | 01/19/10 | J | | |
| 11. - Blackrock Equity Dividend A | | | | | Buy (add'l) | 01/19/10 | J | | |
| 12. - Dryden Sh Term Corp BD A | | | | | Buy (add'l) | 01/29/10 | J | | |
| 13. - DWS Large Cap Value A | | | | | Buy (add'l) | 01/29/10 | J | | |
| 14. - DWS Dreman Small Cap Val A | | | | | Buy | 01/08/10 | J | | |
| 15. - DWS RREEF Real Estate Sec A | | | | | Buy (add'l) | 01/29/10 | J | | |
| 16. - Fidelity Adv Lvgd Cmpany Stk A | | | | | Buy (add'l) | 01/27/10 | J | | |
| 17. - Ivy Large Cap Grw A | | | | | Buy | 01/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Jennison Mid Cap Growth A | | | | | Buy (add'l) | 01/29/10 | J | | |
| 19.   - Lazard Emerging Markets Open | | | | | Buy (add'l) | 01/19/10 | J | | |
| 20.   - Legg Mason Ptners GL Hiyld Bd A | | | | | Buy (add'l) | 10/08/10 | J | | |
| 21.   - Managers AMG ESS SM/MI CP GR A | | | | | Buy | 01/08/10 | J | | |
| 22.   -Mainstay Icap Select Equity A | | | | | Buy | 01/08/10 | K | | |
| 23. | | | | | Buy (add'l) | 11/09/10 | K | | |
| 24.   -Mainstay Large Cap Grw A | | | | | Buy | 01/08/10 | J | | |
| 25. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 26.   - MFS Limited Maturity A (Mutual Fund) | | | | | Buy (add'l) | 01/19/10 | J | | |
| 27.   - MFS Limited Maturity A | | | | | Buy | 11/02/10 | J | | |
| 28.   - MFS Value A | | | | | Buy | 01/19/10 | J | | |
| 29.   - Perkins MID CAP VAL INV | | | | | Buy | 01/19/10 | J | | |
| 30.   - PIMCO Low Duration FD A | | | | | Buy | 01/08/10 | J | | |
| 31.   - PIMCO Real Return A | | | | | Buy | 02/17/10 | J | | |
| 32.   -Prudential Jennison MD CP GW A | | | | | Buy | 06/23/10 | J | | |
| 33.   -Prudential Sht Trm Corp BD A | | | | | Buy | 06/07/10 | J | | |
| 34.   - Safeway Inc. (Common Stock) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Seligman Emerging Markets A | | | | | | | | | |
| 36. - T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 37. - Templeton Foreign Fund A | | | | | | | | | |
| 38. - TCW Total Ret DB N | | | | | Buy (add'l) | 01/27/10 | J | | |
| 39. - Threadneedle Emerg Mkts A | | | | | Buy | 01/20/10 | J | | |
| 40. - Western Asset Core Plus BD FI | | | | | Buy (add'l) | 11/17/10 | K | | |
| 41. Honolulu FCU | A | Interest | J | T | | | | | |
| 42. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 43. Coverdell ESA | A | Int./Div. | J | T | | | | | |
| 44. - MS Liquid Asset Fund | | | | | | | | | |
| 45. - MS Focus Growth FD A | | | | | Buy | 01/07/10 | J | | |
| 46. Morgan Stanley Smith Barney UTMA Account | A | Int./Div. | J | T | | | | | |
| 47. - MS Liquid Asset Fund | | | | | Buy | 01/07/10 | J | | |
| 48. - Morgan Stanley Bank | | | | | Buy | 01/07/10 | J | | |
| 49. - Walt Disney Co Hldg Co. | | | | | | | | | |
| 50. Virtus Strategic Grw A (Mutual Fund) | | None | J | T | | | | | |
| 51. IRA Account | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MS Liquid Asset Fund | | | | | | | | | |
| 53. - Morgan Stanley Bank | | | | | Buy | 01/07/10 | J | | |
| 54. -Safeway Inc. (stock) | | | | | | | | | |
| 55. - AIM Constellation A | | | | | Buy (add'l) | 02/09/10 | J | | |
| 56. - Allianz NFJ Intl Value A | | | | | Buy | 06/11/10 | J | | |
| 57. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 58. - American Century Growth Advantage | | | | | Buy (add'l) | 11/02/10 | J | | |
| 59. - DWS Real Esate Sec A (A Mutual Fund) | | | | | | | | | |
| 60. - Enterprise Group Fund Growth PT | | | | | | | | | |
| 61. - Fidelity Adv Lvgd Company Stk A | | | | | Buy (add'l) | 11/09/10 | J | | |
| 62. - Focus Growth Fund B | | | | | | | | | |
| 63. - IM Enterprise Growth FD Cl A | | | | | | | | | |
| 64. - Invesco Constellation A | | | | | Buy | 06/29/10 | J | | |
| 65. - Invesco Div GW Securities A | | | | | Buy | 06/29/10 | J | | |
| 66. - Invesco GLB DIV GW Secur B | | | | | Buy | 06/29/10 | J | | |
| 67. - MS Capital Opportunities TR A | | | | | Buy | 01/07/10 | J | | |
| 68. | | | | | Buy | 06/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - MS Dividend Grwth Securities | | | | | Buy (add'l) | 01/07/10 | J | | |
| 70.   - MS Focus Growth FD A | | | | | Buy | 01/11/10 | J | | |
| 71. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 72.   - MS Global Dividend Grwth Sec B(fkn as MSDW) | | | | | Buy (add'l) | 01/11/10 | J | | |
| 73.   - MS Strategist Fund (fkn as MSDW) | | | | | Buy (add'l) | 01/11/10 | J | | |
| 74. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 75.   - MSDW Dividend Growth D | | | | | | | | | |
| 76.   - MS Global Advantage Fund A | | | | | | | | | |
| 77.   - MS Global Dividend Grwth Sec D | | | | | | | | | |
| 78.   - MS Mid-Cap Grwoth B | | | | | | | | | |
| 79.   - MFS Value A | | | | | Buy (add'l) | 11/09/10 | J | | |
| 80.   - MS Limited Maturity Fund A (Mutual Fund) | | | | | | | | | |
| 81.   - MSDW Dividend Growth Fund B | | | | | | | | | |
| 82.   - MSDW Small Cap Growth Fund B | | | | | Buy | 01/07/10 | J | | |
| 83.   - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 84.   - MSDW Competitive Edge Fund | | | | | | | | | |
| 85.   - MSDW Am Oppoturnity Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - MSDW Growth Securities B | | | | | | | | | |
| 87. - MSDW Global Dividend Growth D | | | | | | | | | |
| 88. - MSDW Competitive Edge Bip B | | | | | | | | | |
| 89. - Perkins Mid Cap Val Div | | | | | Buy (add'l) | 12/01/10 | J | | |
| 90. - Pimco Low Duration FD A | | | | | Buy (add'l) | 11/30/10 | J | | |
| 91. - Pimco Small Cap Value Fd Cl A | | | | | | | | | |
| 92. - Phoenix Al-Cap Growth | | | | | | | | | |
| 93. - Phoenix Engermann Growth A | | | | | | | | | |
| 94. - Salomon Hi Yld BD FD Cl A | | | | | | | | | |
| 95. - Strategist Fund A | | | | | | | | | |
| 96. General Electric Co. (stock) | | None | J | T | | | | | |
| 97. ING ESII Annuity | | None | M | T | | | | | |
| 98. CollegeBoundfund (Not self-directed) | | None | J | T | | | | | |
| 99. Wachovia Securities-Franklin Bank Certificate of Deposit | A | Interest | | | Matured | 01/15/10 | J | B | |
| 100. indyMac Bank Certificate of Deposit | A | Interest | J | T | Buy (add'l) | 01/15/10 | J | | |
| 101. Amer Exp Centurion Certificate of Deposit | A | Interest | J | T | Buy | 10/28/10 | J | | |
| 102. Honolulu Waterwater Sys Bond | | None | K | T | Buy | 10/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi, Leslie E. | 1/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MS Equally Weighted S&P 500 C | | None | J | T | Buy (add'l) | 01/14/10 | J | | |
| 104. | | | | | Sold (part) | 01/29/10 | J | A | |
| 105. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 106. United States Savings Bonds Series EE | | None | J | T | | | | | |
| 107. Wells Fargo Bank | A | Interest | J | T | Buy | 01/07/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amended Report 1/30/13

Line 10 (Line 68 on 2009 Report)-  Added description "(fna "Blackrock Interm Bond Svc")" to Column A for "-Blackrock Bond PTF SVC"

Lines 45-47 on 2009 Report "Fidelity Adv Intermed BD T," "Developing Growth Securities B," and "Information Fund B" were all sold on 1/8/2010, and each transaction had a value code of "J."

Line 82 on 2009 Report "Custodial Trust Co Certificate of Deposit" was sold on 10/28/2010 with a value code of "J."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544